IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NABO YU and SICHENG YU,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY J. BLINKEN, MARGARET L. TAYLOR, R. NICHOLAS BURNS, ANNY HO, and U.S. DEPARTMENT OF STATE,<br><br>Defendants. | CIVIL ACTION NO.  24-6347 |

### ORDER

**AND NOW,** this 11th day of June 2025, upon consider of Defendants' Motion to Dismiss and the response thereto, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the Motion [Doc. No. 6] is **DENIED**. Defendants shall file an Answer on or before **July 2, 2025**.

It is further **ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), Secretary of State Marco Rubio is substituted for Defendant Secretary Antony J. Blinken and U.S. Ambassador to the Peoples' Republic of China David Perdue is substituted for Defendant R. Nicholas Burns. The Court directs the Clerk to update the docket sheet to reflect these changes.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
CYNTHIA M. RUFE, J.